UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | SA CV 18-0982-TJH(SPx) | Date | OCTOBER 22, 2018 |
|---|---|---|---|

| Title | STRIKE 3 HOLDING, LLC., v. JOHN DOE Subscriber assigned IP address 172.249.120.83 |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Notice of voluntary dismissal filed on September 7, 2018 [13], this case is dismissed without prejudice.

IT IS SO ORDERED.

cc: all parties